IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROSEMAN, | : |
| Plaintiff, | : |
| v. | : CASE NO. |
| LVNV FUNDING, LLC, | : |
| Defendant. | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant LVNV Funding, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Monroe County, Pennsylvania and in support thereof avers as follows:

1. LVNV Funding, LLC is the Defendant in a civil action originally filed on November 21, 2024, in the Court of Common Pleas of Monroe County, Pennsylvania titled *Thomas Roseman v LVNV Funding, LLC* and docketed to Case No. 7785-cv-2024.

2. This removal is timely under 28 U.S.C. § 1446(b). LVNV Funding, LLC received service of Plaintiff's Complaint by Certified Mail on July 17, 2025.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

1

4.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against the Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5.  On this date, LVNV Funding, LLC has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Monroe County, Pennsylvania.

WHEREFORE, Defendant LVNV Funding, LLC respectfully removes this case to the United States District for the Middle District of Pennsylvania.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1400 Marsh Landing Parkway
Suite 109
Jacksonville, FL 32250
☏ (904) 892-6369
🖷 (904) 298-8350 (fax)
✉ lburnette@messerstrickler.com

ANDREW M. SCHWARTZ, ESQUIRE
PA Bar No. 79427
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☏ (320) 434-9664
🖷 (312) 334-3474 (fax)
✉ aschwartz@messerstrickler.com
*Counsel for Defendant*

Dated: August 18, 2025

2

## CERTIFICATE OF SERVICE

I certify that on August 18, 2025, a true copy of the foregoing document was served on all unrepresented parties and all counsel of record by electronic service or US Mail, postage prepaid.

        **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        1400 Marsh Landing Parkway
        Suite 109
        Jacksonville, FL 32250
        ☏ (904) 892-6369
        🖨 (904) 298-8350 (fax)
        ✉ lburnette@messerstrickler.com

        ANDREW M. SCHWARTZ, ESQUIRE
        PA Bar No. 79427
        935 E. Lancaster Ave., #1003
        Downingtown, PA 19335
        ☏ (320) 434-9664
        🖨 (312) 334-3474 (fax)
        ✉ aschwartz@messerstrickler.com
        *Counsel for Defendant*

Dated: August 18, 2025