IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS ROSEMAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO. 3:25-cv-01527-KM |
| : | |
| **LVNV FUNDING, LLC,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant LVNV Funding, LLC respectfully makes the following disclosure:

1. Is the party a non-governmental corporate party?

**Yes.**

2. If the answer to Number 1 is Yes, list below any parent corporation or state that there is no such corporation.

**Sherman Originator, LLC**

3. If the answer to Number 1 is Yes, list below any publicly held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

**None.**

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
      LAUREN M. BURNETTE, ESQUIRE
      PA Bar No. 92412
      1400 Marsh Landing Parkway

1

Suite 109  
Jacksonville, FL 32250  
☎ (904) 892-6369  
🖷 (904) 298-8350 (fax)  
✉ <u>lburnette@messerstrickler.com</u>

ANDREW M. SCHWARTZ, ESQUIRE  
PA Bar No. 79427  
935 E. Lancaster Ave., #1003  
Downingtown, PA 19335  
☎ (320) 434-9664  
🖷 (312) 334-3474 (fax)  
✉ <u>aschwartz@messerstrickler.com</u>  
*Counsel for Defendant*

Dated: August 19, 2025

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025, a true copy of the foregoing document was served on all unrepresented parties and all counsel of record by electronic service or US Mail, postage prepaid.

                              **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        1400 Marsh Landing Parkway
        Suite 109
        Jacksonville, FL 32250
        ☎ (904) 892-6369
        📠 (904) 298-8350 (fax)
        ✉ lburnette@messerstrickler.com

        ANDREW M. SCHWARTZ, ESQUIRE
        PA Bar No. 79427
        935 E. Lancaster Ave., #1003
        Downingtown, PA 19335
        ☎ (320) 434-9664
        📠 (312) 334-3474 (fax)
        ✉ aschwartz@messerstrickler.com
        *Counsel for Defendant*

Dated: August 19, 2025