**Mutual Release**

The undersigned, Thomas Roseman and LVNV Funding, LLC, agree that:

Thomas Roseman releases LVNV Funding, LLC and all employees and attorneys from all claims.

LVNV Funding, LLC releases Thomas Roseman and all attorneys from all claims.

No other parties or companies are released that are not named in this release. A facsimile signature shall be considered an original, and this document may be signed in counterpart. The parties acknowledge that the claims being released are the subject of good-faith disputes, and therefore the release of the debt in this matter does not constitute the "discharge of indebtedness" as used in 26 U.S.C. § 6050P. As a result, neither party will issue a 1099 to the other. As part of this release, LVNV Funding, LLC will request the deletion of any tradeline associated with the claims released herein.

Dated: 08 / 15 / 2023

_____
Thomas Roseman

LVNV Funding, LLC
By:

Dated: September 7, 2023

_Kim Hannigan_
Sign Here

Kim Hannigan, Authorized Representative
Print Name and Title Here

**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | LVNV v Roseman Mutual Release.pdf |
| File name | LVNV%20v%20Rosema...ual%20Release.pdf |
| Document ID | 41bff41b013feb417817cfc407c84beb1ee84cd4 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**08 / 10 / 2023**
19:32:34 UTC
Sent for signature to Thomas Roseman (jetfan186@gmail.com) from brett@freeman.law
IP: 73.101.254.49

**VIEWED**
**08 / 15 / 2023**
23:25:21 UTC
Viewed by Thomas Roseman (jetfan186@gmail.com)
IP: 172.56.220.242

**SIGNED**
**08 / 15 / 2023**
23:26:04 UTC
Signed by Thomas Roseman (jetfan186@gmail.com)
IP: 172.56.220.242

**COMPLETED**
**08 / 15 / 2023**
23:26:04 UTC
The document has been completed.

Powered by **Dropbox Sign**