# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas Roseman,<br>     Plaintiff<br> v.<br>LVNV Funding, LLC and<br>Resurgent Capital Services, LP,<br>     Defendants | Docket No. 3:25-cv-01527-KM<br><br>(JUDGE KAROLINE MEHALCHICK)<br><br>(Filed Electronically) |

## SUMMONS RETURNED EXECUTED

On September 17, 2025, I served a copy of the amended complaint and the summons on Resurgent Capital Services, LP by emailing a copy of the documents to Attorney Lauren Burnette, who represents Resurgent Capital Services, LP. Service was made in this manner by agreement of the parties, and was confirmed as being sufficient by Attorney Burnette.

              *s/ Brett Freeman*
              Brett Freeman
              Bar Number: PA 308834
              Freeman Law
              606 Hamlin Highway, Suite 2
              Lake Ariel, PA 18436
              Attorney for Plaintiff
              Phone (570) 589-0010
              Fax (570) 456-5955
              Email brett@freeman.law