## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS ROSEMAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CASE NO. 3:25-cv-01527-KM** |
| | : | |
| **LVNV FUNDING, LLC and** | : | |
| **RESURGENT CAPITAL** | : | |
| **SERVICES, L.P.,** | : | |
| | : | |
| **Defendants.** | : | |

## STIPULATION FOR EXTENSION OF TIME

The parties to this action, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant LVNV Funding, LLC shall have an extension of time to and including October 8, 2025, by which to respond to Plaintiff's Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| *s/ Brett Freeman* | *s/ Lauren M. Burnette* |
| BRETT FREEMAN, ESQ. | LAUREN M. BURNETTE, ESQ. |
| PA Bar No. 308834 | PA Bar No. 92412 |
| **FREEMAN LAW** | **MESSER STRICKLER BURNETTE, LTD.** |
| 606 Hamlin Highway | 1400 Marsh Landing Pkwy. |
| Suite 2 | Suite 109 |
| Lake Ariel, PA 18436 | Jacksonville, FL 32250 |
| brett@freeman.law | lburnette@messerstrickler.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: September 26, 2025

**SO ORDERED:**

_____ **J.**
**Hon. Karoline Mehalchick**
**United States District Judge**

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025, a true copy of the foregoing document

was served on all unrepresented parties and counsel of record by electronic service

and/or U.S. Mail, postage prepaid.

          **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1400 Marsh Landing Parkway
Suite 109
Jacksonville, FL 32250
(904) 892-6936
(904) 298-8350 (fax)
lburnette@messerstrickler.com
*Counsel for Defendants*

Dated: September 26, 2025