IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS ROSEMAN, :
:
    Plaintiff, :
:
v. : CASE NO. 3:25-cv-01527-KM
:
LVNV FUNDING, LLC and :
RESURGENT CAPITAL :
SERVICES, L.P., :
:
    Defendants. :

## STIPULATION FOR EXTENSION OF TIME

The parties to this action, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant LVNV Funding, LLC shall have an extension of time to and including October 8, 2025, by which to respond to Plaintiff's Amended Complaint.

Respectfully submitted,

*s/ Brett Freeman*
BRETT FREEMAN, ESQ.
PA Bar No. 308834
**FREEMAN LAW**
606 Hamlin Highway
Suite 2
Lake Ariel, PA 18436
brett@freeman.law
*Counsel for Plaintiff*

*s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQ.
PA Bar No. 92412
**MESSER STRICKLER BURNETTE, LTD.**
1400 Marsh Landing Pkwy.
Suite 109
Jacksonville, FL 32250
lburnette@messerstrickler.com
*Counsel for Defendants*

Dated: September 26, 2025

1

**SO ORDERED:**

*Karoline Mehalchick* J.   Dated: 9/29/2025
**Hon. Karoline Mehalchick**
**United States District Judge**

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

                        **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       1400 Marsh Landing Parkway
       Suite 109
       Jacksonville, FL 32250
       (904) 892-6936
       (904) 298-8350 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendants*

Dated: September 26, 2025

2