## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS ROSEMAN,

                Plaintiff

    v.

LVNV FUNDING, INC., et al.,

                Defendants.

CIVIL ACTION NO. 3:25-CV-1527

(MEHALCHICK, J.)

## <u>ORDER</u>

**AND NOW,** this 7th day of November, 2025, **IT IS ORDERED** that the above captioned case is **REFERRED** to Chief Magistrate Judge Daryl F. Bloom for referral of settlement matters to a United States Magistrate Judge.

BY THE COURT:

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**