UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROSEMAN, | |
| Plaintiff, | No. 3:25-CV-1527 |
| v. | (Mehalchick, J.) |
| LVNV FUNDING, LLC., et al., | (Caraballo, M.J.) |
| Defendants | |

**SETTLEMENT CONFERENCE ORDER**

This case having been referred to the undersigned for a settlement conference, **IT IS ORDERED THAT:**

1. A settlement conference is scheduled for **Tuesday, February 10, 2026 at 9:30 AM** in Courtroom #6 at the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

2. On or before **Friday, December 19, 2025**, counsel for the plaintiff shall provide counsel for the defendants with a demand, including all relief sought, and explanatory information on the process used to arrive at that demand. On or before **Friday, January 09, 2026**, counsel for the defendants shall provide counsel for the plaintiff with a counteroffer, and explanatory information on the process used to arrive at that counter-valuation. If the parties exchanged a demand and offer prior to this matter being referred for a settlement conference, they shall exchange a revised demand and offer in accordance with this

paragraph. All demands and offers shall be geared towards effectuating a settlement in this matter.

3. Counsel for each party shall submit a confidential settlement memorandum, on or before **Tuesday, January 27, 2026** to the chambers email address at Magistrate_Judge_Caraballo@pamd.uscourts.gov. The memorandum shall include:

   a. a statement of the case, including any key evidence the party intends to present at trial (parties are encouraged to submit key evidence to the Court as exhibits);

   b. a summary of the legal and factual issues in the case, **focusing on the major weaknesses in each side's case**;

   c. a summary of the history of settlement negotiations thus far;

   d. a summary of any non-monetary terms that the party expects to seek in a settlement agreement;

   e. a candid and realistic summary of the party's settlement position;

   f. a statement detailing any outstanding discovery necessary to evaluate the case for settlement;

   g. a statement on how the settlement officer can best facilitate the settlement process, including reference to the key issues of contention between the parties; and

   h. any other matters appropriate for discussion with the Court, including any liens that may impact settlement negotiations.

4. Counsel are advised that their clients or client representatives with **complete** authority to negotiate and consummate a settlement shall attend the settlement conference in person, unless otherwise authorized by the Court in advance. This requirement extends to representatives of any insurer that insures a party. The purpose of the requirement is to have in attendance a representative who has both the authority to exercise his or her own discretion and the realistic freedom to exercise such discretion without negative consequences, to settle a case during the settlement conference, if appropriate, without consulting someone else who is not present. Therefore, the defendant or defendant's representative appearing at the settlement conference shall have authority to settle the case up to the plaintiff's last demand.

5. Counsel appearing for the settlement conference without the client or client representative described above may, at the discretion of the settlement officer, cause the settlement conference to be canceled or rescheduled. The non-complying party, attorney, or both may be assessed the costs or expenses incurred by other parties as a result of such cancellation or rescheduling, and any additional sanctions deemed appropriate by the Court. Counsel are responsible for advising any relevant non-party insurance company of the requirements of this order.

6. A pre-settlement conference phone call, with counsel only, is scheduled for **Tuesday, January 20, 2026 at 9:30 a.m.** Counsel for the plaintiff shall initiate the call and have all parties on the line, prior to calling chambers at 570-207-5710.

Date:  December 4, 2025            s/ *Phillip J. Caraballo*
                                   **PHILLIP J. CARABALLO**
                                   **United States Magistrate Judge**