UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROSEMAN, | |
| Plaintiff | CIVIL ACTION NO. 3:25-CV-1527 |
| v. | (MEHALCHICK, J.) |
| LVNV FUNDING, INC., et al., | |
| Defendants. | |

### ORDER

**AND NOW,** this 20th day of January, 2026, **IT IS ORDERED** that a telephonic status conference will be held on **Thursday, January 22, 2026 at 11:15 AM**. Counsel for the plaintiff is directed to initiate the call. All parties are to be on the line prior to contacting chambers at (570) 207-5740.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**