UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROSEMAN, | : NO. 3:25-CV-1527 |
| Plaintiff | : (Mehalchick, J.) |
| v. | : (Caraballo, M.J.) |
| LVNV FUNDING, LLC., et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 20th day of January 2026, following a telephone conference with the parties, and upon their request, IT IS HEREBY ORDERED that the Settlement Conference scheduled in this matter before the undersigned for February 10, 2026, is hereby CANCELED and the matter is referred back to Judge Mehalchick for further proceedings.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE