# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROSEMAN, | |
| Plaintiff | CIVIL ACTION NO. 3:25-CV-1527 |
| v. | (MEHALCHICK, J.) |
| LVNV FUNDING, LLC, et al., | |
| Defendants | |

## CASE MANAGEMENT ORDER

AND NOW, this 22nd day of January, 2026, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule of Court 16.1, and following a telephonic case management conference attend by all parties, during which the views of all counsel were solicited, **IT IS HEREBY ORDERED** that:

1. The following dates and deadlines shall govern the discovery and dispositive motions phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Amendment of Pleadings and Joinder of Parties** | July 31, 2026 |
   | **Fact Discovery** | September 25, 2026 |
   | **Dispositive Motions And Supporting Briefs** | February 26, 2027 |

2. Any requests for extension of the discovery deadline must be made at least fourteen (14) days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause.

3. Any requests for extension of the above time periods must be made by motions in conformity with Local Rule 5.1(g), 7.1, and 7.5 and must be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C.§ 473(b)(3). Counsel shall not mutually agree to extend any time periods covered by this order, the Federal Rules of Civil Procedure, or the Local Rules of Court without court approval.

4. If dispositive motions are not filed by the deadline established in paragraph one, the Court will schedule a telephonic conference call with the parties to set expert discovery deadlines and a trial date certain.  If the parties determine in advance of the dispositive motion deadline that no such motions will be filed, the parties shall notify the court.

5. This matter is **REFERRED** to Magistrate Judge Phillip Caraballo for purposes of conducting a settlement conference between September 25, 2026 and December 31, 2026.

6. The Clerk of Court shall issue the standard civil practice order forthwith. Counsel and *pro se* parties are responsible for reading the civil practice order thoroughly upon receipt and for reviewing it regularly as the case proceeds.

                    **BY THE COURT:**

                    */s/ Karoline Mehalchick*
                    **KAROLINE MEHALCHICK**
                    **United States District Judge**