UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROSEMAN, | : NO. 3:25-CV-1527 |
| Plaintiff | : (Mehalchick, J.) |
| v. | : |
| | : (Caraballo, M.J.) |
| LVNV FUNDING, LLC., et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 23rd day of January 2026, IT IS HEREBY ORDERED that a Pre-Settlement Conference phone call is scheduled in this matter with the undersigned for **Wednesday, September 30, 2026 at 9:30 a.m.**  Counsel for Plaintiff shall initiate the call and have all parties on the line prior to calling chambers at 570-207-5710.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE