**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Thomas Roseman,<br>Plaintiff<br><br>v.<br><br>LVNV Funding, LLC and<br>Resurgent Capital Services, L.P.,<br>Defendants | Docket No. 3:25-cv-01527-KM<br><br>(Judge Karoline Mehalchick) |

**STIPULATION TO VACATE DISCOVERY DEADLINES**

1. The parties have been engaging in good-faith discovery in advance of the Pre-Settlement Conference with Magistrate Judge Caraballo on September 30, 2026.

2. However, in order to facilitate the possibility of settlement, the parties believe that it would be most productive, and the best use of resources, to conduct depositions after any settlement conference has been conducted.

3. The parties hereby request that the Court vacate the September 25, 2026 discovery deadline, with a date to be reestablished, if necessary, after the settlement conference has been conducted.

Respectfully submitted,

| | |
|---|---|
| *s/ Brett M. Freeman* | *s/ Andrew M. Schwartz* |
| Brett M. Freeman | Andrew M. Schwartz |

Bar Number. PA308834
Attorney for Plaintiff
Freeman Law
358B Hamlin Highway
Lake Ariel, PA 18436
P: (570)-589-0010
F: (570) 456-5955
brett@freeman.law

Bar Number: PA79427
Attorney for Defendants
Messer Strickler Burnette, LTD
935 E. Lancaster Ave. #1003
Downington, PA 19335
P: (320) 434-9664
F: (312) 334-3474
Aschwartz@messerstricker.com

**ORDER**

So ordered.

Date:__________________

______________________________
Karoline M. Mehalchick
United States District Judge