FREEMAN LAW

Brett M. Freeman
Attorney-at-Law

358B Hamlin Highway
Lake Ariel, PA 18436
(570) 589-0010

September 29, 2026

Magistrate Judge Phillip Caraballo
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

**RE: Thomas Roseman v. LVNV Funding, LLC *et al***
**Middle District of Pennsylvania**
**Docket No. 3:25-cv-01527-KM**

Dear Magistrate Judge Caraballo:

I represent the Plaintiff in the above-referenced matter. The parties are presently scheduled to have a telephonic conference with the Court on September 30, 2026 at 9:30 A.M. to discuss scheduling a formal settlement conference. However, earlier today the parties were able to reach a settlement in principle. Thus, the parties request that the September 30 conference call be canceled. Thank you for your time and attention to this matter.

Sincerely yours,

Brett m free

Brett Freeman

cc: Andrew Schwartz, Esq.
(via CM/ECF)