**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Thomas Roseman,<br>Plaintiff<br><br>v.<br><br>LVNV Funding, LLC and<br>Resurgent Capital Services, L.P.,<br>Defendants | Docket No. 3:25-cv-01527-KM<br><br>(Judge Karoline Mehalchick<br><br>ELECTRONICALLY FILED |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

*s/ Brett M. Freeman*
Brett M. Freeman
Bar Number. PA308834
Attorney for Plaintiff
Freeman Law
358B Hamlin Highway
Lake Ariel, PA 18436
P: (570)-589-0010
F: (570) 456-5955
brett@freeman.law

*s/ Andrew M. Schwartz*
Andrew M. Schwartz
Bar Number: PA79427
Attorney for Defendants
Messer Strickler Burnette, LTD
935 E. Lancaster Ave. #1003
Downington, PA 19335
P: (320) 434-9664
F: (312) 334-3474
Aschwartz@messerstricker.com