**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Thomas Roseman,<br>Plaintiff<br><br>v.<br><br>LVNV Funding, LLC and<br>Resurgent Capital Services, L.P.,<br>Defendants | Docket No. 3:25-cv-01527-KM<br><br>(Judge Karoline Mehalchick)<br><br>ELECTRONICALLY FILED |

**ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date: 11/25/2026

Karoline Mehalchick
Karoline Mehalchick
United States District Judge